IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| REGINA MARIE RICHARDSON | § | |
| v. | § | CIVIL ACTION NO. 2:13cv451 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation (R&R) recommends that the Commissioner's Unopposed Motion to Remand and Incorporated Memorandum (docket entry #6) should be granted and that this Social Security disability claim case should be remanded to the Commissioner pursuant to sentence six of 42 U.S.C. 405(g) for an ALJ to conduct a *de novo* hearing in order to produce an audible record. The R&R further recommends that upon remand, this case be administratively closed until either Plaintiff's claims are resolved at the administrative level or the parties return to reopen this litigation. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that this Social Security action is hereby **REMANDED** pursuant to the sixth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the findings and conclusions of the Magistrate Judge, which are hereby adopted. It is further

**ORDERED** that this case is **ADMINISTRATIVELY CLOSED**. Any party may ask that the cause of action be returned to the active docket in order to proceed before the Court or for the purpose of filing a joint motion to dismiss the case. It is finally

**ORDERED** that any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 13th day of December, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE